UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61421-BLOOM/Valle

AIMEN SARSOUR,

    Plaintiff,

v.

SIMONS HALLANDALE, INC.,
d/b/a SIMONS SPORTSWEAR,
a Florida Corporation, DANI SHIMON,
and ILAN SHIMON,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, having reviewed the Parties' Settlement Agreement *in camera*, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiff's FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of the Parties' Settlement Agreement and dismisses the above-captioned action, in its entirety, as to all parties, with prejudice, the parties to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Broward County, Florida this ___ day of September, 2015

_____
UNITED STATES DISTRICT JUDGE